```
        IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
                PINE BLUFF DIVISION
```

UNITED STATES OF AMERICA, ET AL

v.                              NO. 5:05CV00254 SWW

ROY C. LEWELLEN

## ORDER OF DISMISSAL

Upon plaintiff's motion to dismiss stating that defendant has complied with the IRS administrative summons which is the subject of this action,

IT IS THEREFORE ORDERED that the above-entitled action is hereby dismissed with prejudice.

IT IS SO ORDERED this 1st day of December, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE